

**ORDERED in the Southern District of Florida on December 14, 2007.**

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                  WEST PALM BEACH DIVISION


In re:                            CASE NO.:06-15170-BKC-PGH

MARK LOUIS BALDWIN,               Chapter 7

      Debtor.
_____/

MICHAEL BAKST, TRUSTEE,           ADV. NO.:07-1025-BKC-PGH-A

      Plaintiff,

v.

ELIZABETH BALDWIN,
ELIZABETH BALDWIN, as parent
and natural and legal guardian
of P.B., a minor, and
ELIZABETH BALDWIN, as parent
and natural and legal guardian
of R.U., a minor,

      Defendants.
_____/
```

**FINAL JUDGMENT**

**THIS MATTER** came before the Court for trial on November 5, 2007 upon Plaintiff, Michael R. Bakst's, trustee in bankruptcy for Mark Louis Baldwin, *Complaint Seeking to Determine Validity, Priority, and Amount of Interest in Property, for Violation of the Automatic Stay, to Set Aside Post Petition Transfer Pursuant to 11 U.S.C. § 549, to sell Real Property Pursuant to 11 U.S.C. § 363(h) and Florida Statute § 64, and to Recover Estate Property Pursuant to 11 U.S.C. § 550.*

In accordance with Federal Rule of Bankruptcy Procedure 9021 and this Court's Memorandum Order entered contemporaneously herewith, it is hereby **ORDERED AND ADJUDGED** that:

1) The transfer of the Debtor's one-half interest in the Real Property to the Defendant, Ms. Baldwin, is avoided. The trustee is entitled to recover from Ms. Baldwin, for the estate, the transfer of the Real Property.

2) The transfer of the Debtor's the Personal Property to the Minor Defendants is also avoided. The Trustee is entitled to recover the Personal Property from the Minor Defendants, for the benefit of the estate.

3) The Trustee's request for sanctions against Ms. Baldwin under § 362(k) for violation of the automatic stay is **DENIED.**

4) Ms. Baldwin has 45 days from the date of this Order to pay the remaining unsecured claims and administrative expenses and to withdraw her claim for $71,000.00 in the underlying bankruptcy proceeding, *In re Baldwin*, Case No. 06-15170.

5) Within 15 days of this Order, the Trustee shall file an application for any administrative expenses that he may have and set the application for hearing so that Ms.

        Baldwin will know the amount that she must pay to satisfy the unsecured claims and administrative expenses.

6)    If Ms. Baldwin fails to pay the remaining unsecured claims and administrative claims in full, and to withdraw her claim within 45 days, the Trustee is permitted to market and sell the Real Property pursuant to Florida Statute § 64. The sale will be free of Ms. Baldwin's interest in the Real Property and Ms. Baldwin shall receive one-half of the net proceeds from the sale.

7)    The Trustee shall deliver to Ms. Baldwin a copy of any contract for sale of the Real Property that he intends to accept. Ms. Baldwin will have ten days from receipt of the contract to provide written notice to the Trustee of her intent to exercise her right of first refusal under § 363(i), and evidence of her ability to perform under the contract.

8)    Within 15 days of the expiration of the initial 45-day period, the Trustee and Ms. Baldwin shall jointly select a real estate broker who will recommend a selling price and market and sell the Real Property. If the parties do not agree on a broker within that time, each party shall select a broker who will then select a third broker to be the listing broker who will then recommend a listing price.

9)    The Defendants shall cooperate with the selected listing agent in selling and showing the Real Property to prospective purchasers. The Court retains jurisdiction to hear any disputes concerning implementation of this Order, including but not limited to, selecting a broker, setting the listing price, and cooperation of the parties.

###

Copies Furnished To:

Michael R. Bakst, Trustee

Elizabeth Baldwin
2330 Compass Pointe Drive
Vero Beach, FL 32966

```
Elizabeth Baldwin
PO Box 6721
Vero Beach, FL 32961

AUST
```